STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. CITY OF ATLANTIC CITY, DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Law Division.

*Mr. Grover C. Richman, Jr.,* and *Mr. Thomas P. Cook* for the petitioner.

*Mr. Murray Fredericks* for the respondent.

October 1, 1956.

BOBBIE LEE MILLER, *ET AL.*, PLAINTIFFS-PETITIONERS, v. LAWRENCE HENDERSON, *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

See same case below: 41 *N. J. Super.* 15.

*Mr. Jesse Moskowitz* for the petitioners.

*Mr. Albert M. Neiss* and *Mr. Frederick C. Vonhof* for the respondents.

October 1, 1956.